IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01680-BNB

JOYCE MCHENRY,

    Plaintiff,

v.

ALAN D. RAPP, M.D.P.C., et al.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Joyce McHenry, currently resides in Colorado Springs, Colorado. She initiated this action by submitting to the Court *pro se* a motion titled "Motion and Affidavit to Proceed Pursuant to 28 USC § 1915 United States Constitutional Law, Fourth Amendment Stalking Statute, Robbery." The Court reviewed the motion and determined it was deficient. Therefore, in an order filed on August 8, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. McHenry to cure certain deficiencies in the case within thirty days if she wished to pursue her claims.

The August 8, 2008, order pointed out that Ms. McHenry failed to file on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that she failed to submit a Prisoner Complaint. The order warned Ms. McHenry that if she failed to cure the designated deficiencies within thirty days, the action would be dismissed without

prejudice and without further notice. Ms. McHenry has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Therefore, the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the motion titled "Motion and Affidavit to Proceed Pursuant to 28 USC § 1915 United States Constitutional Law, Fourth Amendment Stalking Statute, Robbery" is denied as moot.

DATED at Denver, Colorado, this 17 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01680-BNB

Joyce McHenry
2715 Reeve Cir. - 1025
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk